IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEBORAH K. WOLINSKI | * | |
| | * | |
| v. | * | Civil No. JFM-02-578 |
| | * | |
| JAY LAZRUS, ET AL. | * | |
| | ***** | |

MEMORANDUM

Plaintiff has instituted this pro se action alleging fraud. Two of the defendants, Gary A. Bodzin, and Jay Lazrus have filed motions to dismiss. The other defendants have not yet submitted any response.

It is apparent from the face of the complaint that diversity of citizenship is lacking. In responding to Bodzin's motion to dismiss, plaintiff states that "the court does have diversity jurisdiction as this case involves RICCO [sic] Statutes." RICO does not create diversity jurisdiction but might create federal question jurisdiction. However, plaintiff does not make sufficient allegations in her complaint to state any cause of action under RICO. Accordingly, this action will be dismissed unless plaintiff files an amended complaint on or before May 13, 2002 that state cognizable claims under RICO.

Date: April 26, 2002

_____
J. Frederick Motz
United States District Judge