IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEBORAH K. WOLINSKI       *
                *
v.              *   Civil No. JFM-02-578
                *
JAY LAZRUS, ET AL.        *
               *****

## ORDER

For the reasons stated in the accompanying memorandum, it is, this 26th day of April 2002

ORDERED

1. Plaintiff is granted leave to file an amended complaint stating claims under RICO on or before May 13, 2002; and

2. If plaintiff does not file an amended complaint adequately setting forth a RICO claim, this action will be dismissed for lack of subject matter jurisdiction.

Date: _April 26, 2002_        _____
                    J. Frederick Motz
                    United States District Judge