IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN -4  P 2: 42

CLERK'S OFFICE
AT BALTIMORE

Y_____DEPUTY

DEBORAH K. WOLINSKI                    *
                                       *
           v.                          *    Civil No. JFM-02-578
                                       *
JAY LAZRUS, et al.                     *
                                     *****

ORDER

Plaintiff not having filed an amended complaint on or before May 13, 2002 in response to

this court's order dated April 26, 2002, it is, this 4th day of June 2002

    ORDERED that this action be dismissed.

_____
J. Frederick Motz
United States District Judge

