IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEBORAH K. WOLINSKI | * | |
| | * | |
| v. | * | Civil No. JFM-02-CV-578 |
| | * | |
| JAY LAZRUS, et al. | * | |
| | * | |

\*\*\*\*\*

ORDER

For the reasons stated in the accompanying memorandum, it is, this 13 day of June 2002

ORDERED that

1. The order in this case dated June 4, 2002, is vacated;

2. Plaintiff's Letter Motion for Entry of Default (Paper No. 21) is denied.

3. This action is dismissed.

J. Frederick Motz
United States District Judge